**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-20402-PCH**

**UNITED STATES OF AMERICA**,

v.

**JUAN MIGUEL DIAZ,**

    Defendant.

_____/

**ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY**

**THIS MATTER** came before the Court upon Magistrate Judge Edwin G. Torres' Report and Recommendation ("R&R") on Change of Plea [ECF No. 28], which was entered on May 15, 2024. In the R&R, Judge Torres found that the Defendant Juan Miguel Diaz, freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with conspiracy to distribute controlled substances, in violation of 21 U.S.C. § 846.

Magistrate Judge Torres recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Torres' R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Torres' R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count I of the Indictment; and (3) a sentencing hearing is set for **Monday, July 29, 2024 at 9:00 a.m.**, before the Honorable Paul C. Huck in the

Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

    **DONE AND ORDERED** in Miami, Florida on May 20, 2024.

_____<br>
PAUL C. HUCK<br>
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record